UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 2:13-CR-147-LDG-GWF |
| Plaintiff, | ) ) | ORDER GRANTING REQUEST TO CONTINUE SENTENCING OF DEFENDANT ANDREW YIM |
| vs. | ) ) | |
| ANDREW YIM, | ) ) | |
| Defendant | ) | |

IT IS HEREBY ORDERED that the sentencing of the defendant, Andrew Yim presently set for 3-30-15 be vacated and continued to __Monday, April 13__, 2015, at 10 AM in 6B.

DATED: This _16_ day of March , 2015

_____
UNITED STATES DISTRICT JUDGE
LLOYD D. GEORGE

-1-