UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 2:13-CR-147-LDG-GWF |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING REQUEST TO |
| | ) | CONTINUE SURRENDER DATE OF |
| vs. | ) | DEFENDANT ANDREW YIM |
| | ) | |
| ANDREW YIM, | ) | |
| | ) | |
| Defendant | ) | |

GOOD CAUSE having been shown, the currently scheduled surrender date of July 13, 2015 is hereby continued to  September 14 , 2015 at the request of the defense.  All terms of Defendant Andrew Yim's pre-surrender release remain in full force and effect until that date.

IT IS FURTHER ORDERED THAT _____N/A_____
_____
_____
_____.

Dated: July 9, 2015            _____

HONORABLE JUDGE OF THE DISTRICT COURT
LLOYD D. GEORGE